1

2

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

6

CELLSPIN SOFT, INC.,

Plaintiff,

7

8

v.

9

JK IMAGING LTD.,

Defendant.

10

Case No.  17-cv-06881-HRL

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

11

12     IT IS HEREBY ORDERED that this action is assigned to the Honorable Howard R. Lloyd

13  . When serving the complaint or notice of removal, the plaintiff or removing defendant must serve

14  on all other parties a copy of this order, the Notice of Assignment of Case to a United States

15  Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.  Plaintiffs or

16  removing parties must file a consent or declination to proceed before a magistrate judge within 14

17  days of the filing of the complaint or the removal.  All other parties must file a consent or

18  declination within 14 days of appearing in the case.  All parties who have made an appearance

19  must file a consent or declination within 7 days of the filing of a dispositive motion or the case

20  will be reassigned to a district court judge.  Counsel must comply with the case schedule listed

21  below unless the Court otherwise orders.

22     IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

23  Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

24  shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

25  Procedures in the Northern District of California" on the Court ADR Internet site at

26  http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

27  Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

28     IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

United States District Court
Northern District of California

the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's  Internet website: http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 12/1/2017 | Complaint Filed | |
| 2/13/2018 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov<br>(form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(c) & ADR L.R. 3-5(b) |
| 2/27/2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 3/6/2018 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br>Courtroom 2, 5th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

United States District Court
Northern District of California

2