Irfan A. Lateef (State Bar No. 204,004)
irfan.lateef@knobbe.com
Daniel C. Kiang (State Bar No. 307,961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Defendant
JK IMAGING LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JK IMAGING LTD., <br><br> Defendant. | Civil Action No. 4:17-cv-06881 (YGR) <br><br> **[PROPOSED ORDER OF] JUDGMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Courtroom: 1, 4th Floor |

Case No. 4:17-cv-06881 YGR
[Proposed Order of] Judgment

*1*        This action having come before the Court, and pursuant to the Court's Order (Dkt.
*2* No. 74) granting the Omnibus Defendants' Motion to Dismiss (Dkt. Nos. 24, 43) finding all
*3* asserted claims of U.S. Patent No. 9,258,698 ("the '698 Patent") directed to patent-ineligible
*4* subject matter and therefore invalid pursuant to 35 U.S.C. § 101 – IT IS HEREBY
*5* ADJUDGED AND ORDERED THAT:
*6*        For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 74), claims 1,
*7* 3–5, 7–8, 10–13, and 15–20 of the '698 Patent are invalid pursuant to 35 U.S.C. § 101.
*8*        The foregoing claims of the '698 Patent represent all asserted claims of the '698
*9* Patent, and therefore all pending claims at issue in this case.
*10*        WHEREFORE JUDGMENT is entered in this case in favor of Defendant JK Imaging
*11* Ltd. and against Plaintiff Cellspin Soft, Inc.

Dated: __April 10__, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

27995984